COURT OF APPEALS FOR THE
FIRST DISTRICT OF TEXAS AT HOUSTON



ORDER

Appellate case name:     Robert Foran v. Cameron Roesle and Robert W. Berleth

Appellate case number:   01-21-00556-CV

Trial court case number:  19-DCV-267154

Trial court:              400th District Court of Fort Bend County

On January 27, 2022, this Court advised the parties that it could not determine whether an automatic stay as to the instant appeal was in effect in light of the bankruptcy of Preferred Ready-Mix LLC, which filed a chapter 11 bankruptcy petition, Cause No. 21-33369 in the U.S. Bankruptcy Court for the Southern District of Texas, Houston Division. The Court asked the parties to respond within ten days, explaining whether this appeal should be stayed in light of the bankruptcy.

On January 31, 2022, appellee Cameron Roesle filed an "Emergency Motion to Extend Time," requesting an extension of time in which to respond to the Court's January 27, 2022 notice. Appellee advised in the motion that a February 23, 2022 hearing in bankruptcy court may affect this appeal. Appellee's motion is **granted.** The deadline for the parties to respond to this Court's notice is February 28, 2022.

It is so ORDERED.


Judge's signature: _____/s/ Julie Countiss_____
                                 Acting individually


Date: <u>February 3, 2022</u>